United States Bankruptcy Court
Middle District of Florida

In re: Case No. 21-00630-RCT
Scott Wayne Andrew Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: jmontero Page 1 of 3
Date Rcvd: Feb 11, 2021 Form ID: 309A Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Wayne Andrew, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378622 | + | ADS Enviro, dba Krane Development, 5451 N. 59th St., Tampa, FL 33610-2011 |
| 29378623 | + | Agile Premium Finance, 475 Half Day Rd., Ste 550, Lincolnshire, IL 60069-2908 |
| 29378624 | + | Airgas, 2121 Calumet St., Clearwater, FL 33765-1310 |
| 29378625 | + | Allied Interstate, PO Box 19326, Minneapolis, MN 55419-0326 |
| 29378627 | + | Angelos Recycled Materials, 855 28th St South, Saint Petersburg, FL 33712-1916 |
| 29378628 | + | Berglund Construction, 4616 Eagel Falls Place, Tampa, FL 33619-9613 |
| 29378630 | + | Bledsoe, Jacobson, Schmidt,, Wright & Sussman, James A. Bledsoe, Jr., Esq., 501 Riverside Ave., Ste 903, Jacksonville, FL 32202-4940 |
| 29378632 | #+ | Cat & I, 731 Duncan Ave., Kissimmee, FL 34744-1916 |
| 29378633 | + | Choice Recovery, 1105 Schrock Rd, Ste 700, Columbus, OH 43229-1168 |
| 29378635 | + | Commonwealth Fin Systems, 245 Main St., Scranton, PA 18519-1641 |
| 29378637 | + | Everest Business Funding, 8200 NW 52nd Terrace, 2nd Floor, Miami, FL 33166-7852 |
| 29378638 | + | Gateway Rolloffs, 2230 Desteny Way, Odessa, FL 33556-3408 |
| 29378639 | + | Global Financial & Leasing, 8800 N. Gainey Center Dr., Ste. 270, Scottsdale, AZ 85258-2178 |
| 29378641 | + | Guild Mortgage Company, PO Box 85046, San Diego, CA 92186-5046 |
| 29378642 | + | Harris Ventures, Inc., d/b/a Staff Zone, 863 Holcomb Bridge Road, Roswell, GA 30076-4375 |
| 29378643 | + | Heritage Law Group, M. Joseph Dickerson, Esq., 120 N. Collins Street, Suite 201, Plant City, FL 33563-3318 |
| 29378644 | + | Hill, Ward & Henderson, P.A., Timothy A. Hunt, Esq., 101 E. Kennedyt Blvd., Ste 3700, Tampa, FL 33602-5195 |
| 29378645 | + | Hire Quest LLC / Trojan, 111 Springhall Dr., Goose Creek, SC 29445-5351 |
| 29378646 | + | Holcomb & Leung, P.A., Victor W. Holcomb, Esq., 3203 W. Cypress St., Tampa, FL 33607-5109 |
| 29378647 | + | Impact Contracting Inc, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378649 | + | Krane Development ADS, 5451 N 59th Street, Tampa, FL 33610-2011 |
| 29378650 | + | LDR Site Services, 6100 Lake Forrest Dr. #505, Atlanta, GA 30328-3836 |
| 29378651 | + | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378659 | + | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 29378660 | + | Pacesetter Personnel Serv, P.O. Box 2146, Houston, TX 77252-2146 |
| 29378662 | + | Progressive Insurance, c/o Caine-Weiner, 5805 Sepulveda Blvd., Van Nuys, CA 91411-2546 |
| 29378664 | + | RAS LaVrar, LLC, 1133 S. University Drive, 2nd Floor, Fort Lauderdale, FL 33324-3303 |
| 29378663 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 29378665 | + | Receivable Mgmt Group, fbo Radiology Assoc of CLW, 2901 University Ave #29, Columbus, GA 31907-7601 |
| 29378666 | + | Rentalex, 1022 Skipper Road, Tampa, FL 33613-2333 |
| 29378667 | + | Republic Services, 5210 W. Linebaugh Ave, Tampa, FL 33624-5034 |
| 29378669 | + | Robert E. Burguieres, P.A., 1701 Dr. MLK Jr. Street N., Saint Petersburg, FL 33704-4205 |
| 29378670 | + | Skilled Resources, 1551 Forum Place, Suite 100B, West Palm Beach, FL 33401-2305 |
| 29378671 | + | Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211 |
| 29378672 | + | Synergy Rents, 2910 Overpass Rd., Tampa, FL 33619-1318 |
| 29378673 | + | Tampa Service Company, Inc., d/b/a Pacesetter Personnel, PO Box 2324, Houston, TX 77252-2324 |
| 29378674 | + | The Sinclair Group, 111 South Albany Avenue, Suite 200, Tampa, FL 33606-1780 |
| 29378677 | + | United Rentals, 5711 E. Adamo Dr., Tampa, FL 33619-3241 |
| 29378679 | + | Waste Management of FL, c/o David M. Thomas, Esq., 150 E. Swedesford Rd., #102, Wayne, PA 19087-1458 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: carolyn@bankruptcyfortampa.com | Feb 11 2021 22:19:00 | Carolyn Secor, Carolyn Secor PA, 2451 N McMullen Booth Road, Ste 200, Clearwater, FL 33759 |
| tr | + | EDI: QNMCAMERON.COM | Feb 12 2021 02:18:00 | Nicole M Cameron, Nicole M. Cameron, P.A., 235 Apollo Beach Boulevard, #231, Apollo Beach, FL 33572-2251 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Feb 11 2021 22:20:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| 29378626 | + | EDI: AMEREXPR.COM | Feb 12 2021 02:18:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 29378629 | + | EDI: CITICORP.COM | Feb 12 2021 02:18:00 | Best Buy / CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 29378631 | + | EDI: CAPITALONE.COM | Feb 12 2021 02:18:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 29378636 | + | EDI: DISCOVER.COM | Feb 12 2021 02:18:00 | Discover, PO Bxo 3025, New Albany, OH 43054-3025 |
| 29378648 | + | EDI: IRS.COM | Feb 12 2021 02:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 29378661 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 11 2021 22:19:00 | Phoenix Financial, 8902 Otis Ave, Suite 103A, Indianapolis, IN 46216 |
| 29378675 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 11 2021 22:20:00 | Transworld Systems, fbo Coastline ER Phys, PO Box 15609, Wilmington, DE 19850-5609 |
| 29378676 | + | Email/Text: BankruptcyNotices@HuntKahnLaw.com | Feb 11 2021 22:19:00 | Unified CCR LLC, c/o Hunt & Kahn, P.A., PO Box 934788, Pompano Beach, FL 33093-4788 |
| 29378678 | + | EDI: VERIZONCOMB.COM | Feb 12 2021 02:18:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29378634 | *+ | Choice Recovery, 1105 Schrock Rd, Ste 700, Columbus, OH 43229-1168 |
| 29378640 | *+ | Global Financial & Leasing, 8800 N. Gainey Center Dr., Ste. 270, Scottsdale, AZ 85258-2178 |
| 29378652 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378653 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378654 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378655 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378656 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378657 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378658 | *+ | Michelle Mathews, 2348 Willow Tree Trail, Clearwater, FL 33763-1630 |
| 29378668 | ##+ | RMS, 7525 West Campus Rd., New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn Secor | on behalf of Debtor Scott Wayne Andrew carolyn@bankruptcyfortampa.com |
| Nicole M Cameron | trustee@tampabay.rr.com ncameron@ecf.axosfs.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott Wayne Andrew**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–1635** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter **7** | **2/10/21** |
| Case number: | **8:21–bk–00630–RCT** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Scott Wayne Andrew | |
| 2. | **All other names used in the last 8 years** | aka Scott W. Andrew, aka Scott Andrew | |
| 3. | **Address** | 2348 Willow Tree Trail<br>Clearwater, FL 33763 | |
| 4. | **Debtor's attorney**<br>Name and address | Carolyn Secor<br>Carolyn Secor PA<br>2451 N McMullen Booth Road, Ste 200<br>Clearwater, FL 33759 | Contact phone 727–254–1704<br>Email: carolyn@bankruptcyfortampa.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Nicole M Cameron<br>Nicole M. Cameron, P.A.<br>235 Apollo Beach Boulevard, #231<br>Apollo Beach, FL 33572 | Contact phone 813–645–8787 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: February 11, 2021 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **March 12, 2021 at 08:50 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**<br><br>Trustee: Nicole M Cameron<br>Call in number: 877–336–3492<br>Passcode: 9316761 |
| | ***** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. ***** | | |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** **May 11, 2021** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |